In re   HANNAH, NICKEYA SHANAE                                      Case No. _____
                                                                              (if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than the spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSB, WIFE, JOINT OR COMM | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 557009209857xxxxx<br><br>Capital One Bank<br>P.O. Box 60000<br>Seattle, WA 98190 | | | 12/01 - Consumer Purchases | | X | | $787 |
| ACCOUNT NO. 412174206xxxxxxx<br><br>Capital One Bank<br>P.O. Box 60000<br>Seattle, WA 98190 | | | 10/01 - Consumer Purchases | | X | | $1,134 |
| ACCOUNT NO. 422709747000xxxx<br><br>Cross Country Bank<br>P.O. Box 310728<br>Petaluma, CA 94955 | | | 10/01 - Consumer Purchases | | X | | $1,050 |
| ACCOUNT NO. 2233095xxxx<br><br>AL Financial Corp.<br>P.O. Box 29031<br>Glendale, CA 9109 | | | 8/02 - Consumer Purchases | | X | | $9,280 |

Page   1

In re _____    Case No. _____
(if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSB, WIFE, JOINT OR COMM | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 610416xxxx<br><br>Cig Financial<br>P.O. Box 19795<br>Irvine, CA 92623 | | | 5/01 - Consumer Purchases | | X | | $10,225 |
| ACCOUNT NO. 8994981xxxx<br><br>University of Phoenix<br>337 N. Vineyard Ave.<br>Ontario, CA 91764 | | | 4/03 - Student Loan | | X | | $1,047 |
| ACCOUNT NO. 3535561xxx<br><br>Huntington Memoryial Hosp.<br>c/oProgressive Mgmt. Syst.<br>P.O. Box 2220<br>West Covina, CA 91793 | | | 5/99 - Collection | | X | | $1,137 |
| ACCOUNT NO. 5642047xxxx<br><br>SBC<br>c/o American Agencies<br>P.O. Box 2829<br>Torrance, CA 90509 | | | 5/02 - Consumer Purxc | | X | | $249 |
| ACCOUNT NO. 920421224<br><br>Charter Communications<br>c/o Credit Protection<br>1355 Noel Road<br>Dallas, TX 7524 | | | 7/03 - Services | | X | | $642 |
| ACCOUNT NO. 2200289101826<br><br>William Ken Shim<br>c/o Metro Adjustment Bureau<br>22212 Ventura Bl., Ste. 200<br>Woodland Hills, CA 91364 | | | 2/03 - Collection | | X | | $20 |

Page 2

In re _____    Case No. _____
                                                         (if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSB, WIFE, JOINT OR COMM | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2189283xxx<br><br>Kaiser Permente<br>c/o Collection Consultants<br>6100 San Fernando Rd. Ste. 211<br>Glendale, CA 91201 | | | 9/02 - Services | | X | | $828 |
| ACCOUNT NO. 8875957xxxxx<br><br>J.C. Penney<br>c/oArrow Financial Svc.<br>P.O. Box 469005<br>Chicago, IL 60646 | | | 4/01 - Consumer Purxc | | X | | $362 |
| ACCOUNT NO. 395315308xxxxxx<br><br>Hollywood Video<br>c/o Credit Protection<br>1355 Noel Road<br>Dallas, TX 7524 | | | 5/02 - Services | | X | | $57 |
| ACCOUNT NO. 40000117153170001xx<br><br>Triad Financial<br>Dept. CH10104<br>Palatine, IL 60055 | | | 1/01 - Deficence Balance | | X | | $8,819 |
| ACCOUNT NO. 4314672500230700xxx<br><br>United Credit National Bank<br>11350 Random Hills Rd., Ste. 653<br>Fairfax, VA 22030 | | | 6/99 - Charge Off | | X | | $639 |
| ACCOUNT NO. 1010025727xxx<br><br>Westlake Financial<br>4751 Wilshire Bl. Ste. 100<br>Los Angeles, CA 90010 | | | 3/00 - Loan | | X | | $6,936 |

Page   3

Form B6F (12/03)

In re _____   Case No. _____
(if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | HUSB, WIFE, JOINT OR COMM | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Total of All Pages of Schedule F | | | | $43,212 |